**FILED**

Date: 04/11/2022@10:41am via: email

Clerk, U.S. Bankruptcy
Orlando Division

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

Case No. 618-bk-06821-LVV
Adv. Pro. No. 6:22-ap-00019-LVV

## ANSWER BY WAY OF OBJECTION TO MOTION FOR DEFAULT
## FAILURE TO FILE RESPONSIVE PLEADING TO ADVERSARY COMPLAINT

Anna Juravin, a Non-Debtor party, and an agent of United Medical Group International, Inc. and hereby objects to the entry of default, for failure to file a responsive pleading to the Adversary Complaint 6:22-ap-00019-LVV.

I did not receive the Summons and Complaint. This is not the first time an Adversary Counsel did not serve me properly.

I am not represented by any attorney in this matter.

Dated: April 7, 2022

_____
Anna Juravin