UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  
DON KARL JURAVIN

    Debtor
_____/

Case No. 6:18-bk-06821 - LVV  
Case No. 6:20-bk-01801 - LVV

Jointly Administered with  
Case No. 6:18-bk-06821

**Adv.Pro. No. 6:22-ap-00016-LVV**

Dennis Kennedy, Trustee

    Plaintiff
_____/

v

Juravin, Incorporated, an inactive Florida corporation

Juravin Incorporated, a Florida Corporation, Anna Juravin

    Defendants
_____/

- 1 -

## SUGGESTION OF BANKRUPTCY

Defendant, ANNA JURAVIN by and through her undersigned counsel, hereby file Suggestion of Bankruptcy to notify this Court Anna Juravin, has filed Chapter 13 bankruptcy petition for relief under Title 11, United States Code § 301, in the United States Bankruptcy Court for the Middle District of Florida that has been assigned case number: 6:22-bk-02258 on June 27, 2022.

*Henry N. Portner, Esq.*

Henry Portner, Esquire
6316 Vireo Court
Lake Worth, FL 33463
portnerlaw@gmail.com
FL ID#0883050

Dated: June 28, 2022

## Certificate of Service

A copy of this pleading is being sent to all parties of record on the service list including the Trustee and US Trustee via ECF this 28 day of June 2022.